BILL LOCKYER, Attorney General
of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JOHN W. RICHES II, State Bar No. 206223
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 323-5915
   Fax: (916) 324-5205

Attorneys for Defendant State of California
SA2006303365

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR MAC COLLINS,<br><br>                      Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>                      Defendant. | No. 2:06-CV-02061 WBS KJM P<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE DEFENDANT'S NOTICE AND MOTION TO DISMISS AND PRETRIAL CONFERENCE** |

     THE PARTIES STIPULATE AS FOLLOWS:

     1.    Defendant State of California's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b) shall be submitted on the record and briefs, without oral argument, unless otherwise ordered by the court.

     2.    Plaintiff's opposition, if any, shall be served and filed no later than December 22, 2006.

     3.    Defendant's reply to the opposition, if any, shall be served and filed no later than January 5, 2007.

4. The hearing and oral argument scheduled for November 27, 2006, shall be stricken from the calendar.

5. The pretrial scheduling conference set for December 4, 2006 **is continued to February 12, 2007 at 1:30 p.m.**

Respectfully submitted,

DATED:    November 15, 2006                November 15, 2006

*/s/ Ellen C. Dove*                                    */s/ John W. Riches II*
_____        _____
Ellen C. Dove, Attorney for Plaintiff      JOHN W. RICHES II
                                                              Deputy Attorney General
                                                              for Defendant State of California

\* \* \* \* \*

**IT IS SO ORDERED**. Please note that the pretrial scheduling conference has been continued, and not dropped, in paragraph 5 above. Otherwise, the stipulation of the parties as submitted to the court has been approved.

Dated: November 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

06cv2061 Collins Stip to Vacate Oral Argument on Motn to Dism and Sched'g Conf.wpd