1  EDMUND G. BROWN JR., Attorney General
   of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6      1300 I Street, Suite 125
       P.O. Box 944255
7      Sacramento, CA 94244-2550
       Telephone: (916) 323-5915
8      Fax: (916) 324-5205

9  Attorneys for Defendant State of California
   SA2006303365

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR MAC COLLINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　　　　　　Defendant. | No. 2:06-CV-02061 WBS KJM P<br><br>**STIPULATION AND ~~PROPOSED~~**<br>**ORDER RE CONTINUANCE OF**<br>**SCHEDULING CONFERENCE** |

　　　　IT IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES:

　　　　1.　　Defendant State of California's motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure has been submitted, and is scheduled to be heard May 29, 2007.

/ / /

/ / /

/ / /

1

Stipulation and Proposed Order re Continuance of Scheduling Conference

2.   The scheduling conference set for March 12, 2007, **shall be continued to June 18, 2007 at 1:30 p.m.** pending ruling on the motion.

Respectfully submitted,

DATED: March 6, 2007

| */s/ Ellen C. Dove* | */s/ John W. Riches II* |
|---|---|
| Ellen C. Dove, Attorney for Plaintiff | John W. Riches II, Deputy Attorney General  Attorney for Defendant State of California |

* * * * *

**IT IS SO ORDERED**

Dated: March 7, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

06cv2061 Collins vs State of CA Stip to Cont Schedg Conf.wpd